1 KEVIN V. RYAN (CSBN 118321)
United States Attorney
2
MARK L. KROTOSKI (CSBN 138549)
3 Chief, Criminal Division

4 GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6    Oakland, California 94612
   Telephone: 510-637-3689
7    Email: George.bevan@usdoj.gov

8 Attorneys for the United States of America

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

| | |
|---|---|
| 12 UNITED STATES OF AMERICA, | No. 4-06-70440-WDB |
| 13        Plaintiff, | |
| 14    v. | STIPULATION AND ORDER TO RESCHEDULE ARRAIGNMENT OR PRELIMINARY HEARING |
| 16 GILBERT POLINA, | |
| 17        Defendant. | |

       The United States and the defendant, through their undersigned counsel, hereby stipulate and agree to reschedule the arraignment or preliminary hearing in this case from **September 7, 2006 to October 19, 2006**. The parties have agreed upon a resolution of this case that will result in the misdemeanor tax charge. However, this tax charge requires the approval of the Tax Division in the Department of Justice, and the government needs additional time to complete the necessary paperwork and obtain Department of Justice approval.

       The defendant agrees to waive time for arraignment or preliminary hearing until the new hearing date of October 19, 2006, and both parties agree to exclude time in the interests of justice under the Speedy Trial Act for the period between September 7, 2006

1  and October 19, 2006, pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv).

Respectfully submitted,

Dated: 9/6/06

_____
CAMELIA BRAY, ESQ.
Attorney for Gilbert Polina


KEVIN V. RYAN
United States Attorney

Dated: 9/6/06

_____
GEORGE L. BEVAN JR.
United States Attorney


## ORDER RESCHEDULING ARRAIGNMENT or PRELIMINARY HEARING

Upon the foregoing stipulation of the parties, and good cause therefor, IT IS HEREBY ORDERED that the arraignment or preliminary hearing in this case is rescheduled from **September 7, 2006 to October 19, 2006, at 10:00 a.m.**, before Magistrate Judge Wayne D. Brazil in Oakland.

The Court finds that time will be excluded for that period, in the interests of justice, for purposes of the Speedy Trial Act.

Dated: September 6, 2006

_____
IT IS SO ORDERED
Judge Wayne D. Brazil
JOINT APPLICATION TO
RESCHEDULE SENTENCING DATE            2